No. 84–825.   NORTHWEST AIRLINES, INC. *v.* LAFFEY ET AL. C. A. D. C. Cir.   Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this motion and this petition.*

No. 84–906.   CARSON *v.* AMERICAN TELEPHONE & TELEGRAPH TECHNOLOGIES, INC.   C. A. 6th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.*

No. 84–5369.   WOODWARD *v.* TEXAS.   Ct. Crim. App. Tex. Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 84–5538.   WATSON *v.* LOUISIANA.   Sup. Ct. La.;
No. 84–5625.   SOLOMON *v.* KEMP, WARDEN.   C. A. 11th Cir.;
No. 84–5632.   MANN *v.* FLORIDA.   Sup. Ct. Fla.;
No. 84–5659.   BLANCO *v.* FLORIDA.   Sup. Ct. Fla.; and
No. 84–5776.   GORHAM *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   Reported below: No. 84–5538, 449 So. 2d 1321; No. 84–5625, 735 F. 2d 395; No. 84–5632, 453 So. 2d 784; No. 84–5659, 452 So. 2d 520; No. 84–5776, 454 So. 2d 556.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–1971.   ILLINOIS *v.* WASHINGTON, *ante*, p. 1022;
No. 83–2065.   JONES *v.* DEPARTMENT OF HUMAN RESOURCES OF GEORGIA ET AL., *ante*, p. 979;
No. 83–6997.   WITHERSPOON, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF GAINES ET AL. *v.* CORDIER ET AL., *ante*, p. 1017; and
No. 83–7010.   DEPRIEST *v.* PUETT, COMMISSIONER, TENNESSEE DEPARTMENT OF HUMAN SERVICES, ET AL., *ante*, p. 1034. Petitions for rehearing denied.

---

*See also note, *supra*, p. 1145.